

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF MONTANA**

**BILLINGS DIVISION**

FILED

MAR 1 9 2013

Clerk, U S District Court
District Of Montana
Billings

| | |
|---|---|
| **WILLIAM ZARNEL SWITZER,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**BIA CROW TRIBAL POLICE,**<br><br>**Defendants.** | **CV-12-115-BLG-RFC-CSO**<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS OF U.S. MAGISTRATE JUDGE** |

United States Magistrate Judge Carolyn Ostby recommends this matter be dismissed because pro se Plaintiff William Switzer failed to comply with a prior Order directing him to file an amended complaint demonstrating subject matter jurisdiction. Docs. 11 & 12. Switzer has yet to respond to Judge Ostby's prior Orders or recommendation (doc. 12) that this case be dismissed. Moreover, the copy of the Findings and Recommendations mailed to Switzer was returned "undeliverable." Doc. 13.

Accordingly, Switzer having failed to demonstrate a basis for jurisdiction or to follow Orders of this Court, **IT IS ORDERED** that his Complaint is **DISMISSED**.

1

**IT IS FURTHER ORDERED** that the docket reflect that this Court

certifies pursuant to Fed.R.App.P. 24(a)(3)(A) that any appeal of this decision

would not be taken in good faith.

The Clerk of Court shall close this matter and enter judgment pursuant to

Rule 58 of the Federal Rules of Civil Procedure.

DATED the 19th day of March, 2013.

RICHARD F. CEBULL
UNITED STATES DISTRICT JUDGE